**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA  93721
Phone: (559) 442-1041
Fax:  (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, BRAYAN CRUZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRAYAN CRUZ,<br><br>        Defendant. | Case No.: 1:22-CR-00062 JLT-SKO<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the previously imposed conditions of release be modified accordingly;

   Mr. Cruz was recently hired by a solar company and will be required to install solar panels in the Northern District of California (primarily the Bay Area); however, his current travel restrictions (7)(d), only allow him to be in the ED/CA unless otherwise approved by pretrial release.

   Since his employment will be based out of the Northern District of CA and he will be traveling there weekly, request is made that his conditions of release be modified to include the following:

STIPULATION TO MODIFY CONDITIONS OF RELEASE; STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE

- 1

- Mr. Cruz may travel within the Northern District of California when required for work without the advance approval of Pretrial Services.

- All previously imposed conditions of release not in conflict with this order shall remain in full force and effect.

Accordingly, it is stipulated that condition 7(d) be modified to include the following:

- Mr. Cruz may travel within the Northern District of California when required for work without the advance approval of Pretrial Services.

- All previously imposed conditions of release not in conflict with this order shall remain in full force and effect.

Pretrial Services is agreeable with amending this condition of Mr. Cruz's release.

Dated: May 11, 2022          PHILLIP TALBERT
                             United States Attorney

                    By:      /s/ Justin Gilio
                             JUSTIN GILIO
                             Assistant United States Attorney,
                             Attorney for Plaintiff

Dated: May 11, 2022          HARRY M. DRANDELL
                             Law Offices of Harry M. Drandell

                    By:      /s/ Harry M. Drandell
                             HARRY M. DRANDELL
                             Attorney for Defendant,
                             Brayan Cruz

STIPULATION TO MODIFY CONDITIONS OF RELEASE; STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE

- 2

## O R D E R

**IT IS SO ORDERED.**

Conditions of defendant's pretrial release is hereby modified such that condition 7(d) be modified to include the following;

- Mr. Cruz may travel within the Northern District of California when required for work without the approval of Pretrial Services.

- All previously imposed conditions of release not in conflict with this order shall remain in full force and effect.

DATED: 6/29/2023

*Sheila K. Oberto*
HONORABLE SHEILA OBERTO
United States Magistrate Judge

STIPULATION TO MODIFY CONDITIONS OF RELEASE; STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE

- 3