HARRY M. DRANDELL #109293
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA 93721
Phone: (559) 442-1041
Fax: (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, BRAYAN CRUZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-00062-JLT |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S AMENDED MOTION TO EXONERATE CASH BOND; ORDER** |
| BRAYAN CRUZ, | |
| Defendant. | |

This Court sentenced Mr. Cruz on June 17, 2024, to 41 months imprisonment, and payment of a $100.00 Special Assessment. He was placed on pretrial release ordered by the duty magistrate on April 7, 2022. To secure his release, a $2,000.00 cash deposit was made to the clerk of the court (Docs 110 and 112).

| 04/11/2022 | 110 | CASH BOND POSTED as to Brayan Cruz (8) in amount of $1,000.00, Receipt #CAE100050358. (Marrujo, C) [1:22-mj-00044-SAB] (Entered: 04/11/2022) |
|---|---|---|
| 04/11/2022 | 112 | CASH BOND POSTED as to Brayan Cruz in amount of $1,000.00, Receipt # CAE100050359. (Marrujo, C) [1:22-mj-00044-SAB] (Entered: 04/11/2022) |

Since no conditions of the bond remain to be satisfied, it is requested that the Court order bail exonerated and order that $1,000.00 be returned to Jose Alejandro Cruz Flores, 4912 N. Holt Ave, Apt #102, Fresno, CA 93705, and $1,000 be returned to Gabriel Guzman, 6213W. Austin Ave, Fresno, CA 93723.

Dated:  September 13, 2024          HARRY M. DRANDELL
                                    Law Offices of Harry M. Drandell

                            By:     /s/ Harry M. Drandell
                                    HARRY M. DRANDELL
                                    Attorney for Defendant,
                                    BRAYAN CRUZ

## **O R D E R**

The Court finds that Brayan Cruz has complied with the conditions of his bond and that no conditions remain to be satisfied

THEREFORE, IT IS HEREBY ORDERED, that the Clerk of the Court shall exonerate the $2,000.00 cash bond, plus accrued interest (Receipt #CAE100050358 and Receipt #CAE100050359), posted by Jose Alejandro Cruz Flores and Gabriel Guzman, respectively, with $1,000 made payable to Jose Alejandro Cruz Flores, and mailed to 4912 N. Holt Ave, Apt #102, Fresno, CA 93705, and $1,000 made payable to Gabriel Guzman, and mailed to 6213W. Austin Ave, Fresno, CA 93723.

IT IS SO ORDERED.

DATED:  September 16, 2024          _Sheila K. Oberto_
                                    United States Magistrate Judge