**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA  93721
Phone: (559) 442-1041
Fax: (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, BRAYAN CRUZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRAYAN CRUZ,<br><br>Defendant. | Case No.: 1:22-CR-00062<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND ORDER** |

     On April 14, 2022, Defendant, Brayan Cruz was indicted on federal charges.  CJA Panel Attorney, Harry M. Drandell was appointed as trial counsel to represent Mr. Cruz on April 5, 2022, in his criminal case.  Mr. Cruz was sentenced pursuant to a plea agreement on June 17, 2024.  The time for filing a direct appeal was July 1, 2024.  No direct appeal was filed.  The trial phase of Mr. Cruz's criminal case has, therefore, come to an end.  Having completed his representation of Mr. Cruz, CJA attorney Harry M. Drandell now moves to terminate his appointment under the Criminal Justice Act.

     Should Mr. Cruz require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND ORDER
- 1

330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  October 15, 2024        HARRY M. DRANDELL
                                Law Offices of Harry M. Drandell

                        By:     /s/ Harry M. Drandell
                                HARRY M. DRANDELL
                                Attorney for Defendant,
                                BRAYAN CRUZ

## O R D E R

Having reviewed the notice and found that attorney Harry M. Drandell has completed the services for which he was appointed, the Court hereby grants attorney Harry M. Drandell's request for leave to withdraw as defense counsel in the matter.  Should defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Brayan Cruz, at the following address and to update the docket to reflect Defendant's pro se status and contact information;

Brayan Cruz, Register #93947-509
FCI Lompoc II
Federal Correctional Institution
3901 Klein Blvd.
Lompos, CA 93436

**IT IS SO ORDERED.**

Dated:  October 17, 2024                    _____
                                            Jennifer L. Thurston
                                            U.S. DISTRICT JUDGE